IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES J LYLES, General Administrator and Administrator ad Prosequendum of the Estate of ALISHA RENEE WILLIAMS and General Administrator and Administrator ad Prosequendum of the Estate of AMARI KOMAN CHARLES,<br><br>*Plaintiff,*<br><br>v.<br><br>KIA MOTORS CORPORATION, KIA MOTORS AMERICA, INC.<br><br>*Defendants.* | CIVIL ACTION NO.: 1:21-19940 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, having stipulated and that the above-entitled action is dismissed with prejudice and without costs or fees to any party.

**D'ARCY JOHNSON DAY**

BY: _____
Andrew J. D'Arcy, Esquire
3120 Fire Road, Suite 200
Egg Harbor Township, NJ 08234
*Attorneys for Plaintiff*

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

BY: _____
Leland I. Kellner, Esquire
1300 Route 73, Suite 307
Mount Laurel, NJ 08054
*Attorneys for Defendant,*
*Kia Corporation (f/k/a "Kia Motors Corporation") and Kia America, Inc. (f/k/a "Kia Motors America, Inc.")*